Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, CA 90230
Telephone: (310) 590-1820
Facsimile:   (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE TJX COMPANIES, INC.; *et al.*,<br><br>Defendants. | Case No.: CV13-4150-AJW<br><u>Hon. Andrew J. Wistrich Presiding</u><br><br>**ORDER ON STIPULATION AND REQUEST FOR ENTRY OF A PROTECTIVE ORDER** |
|---|---|

### **ORDER:**

The terms and condition set forth in this stipulation and request for entry of a protective order are hereby so ordered.

Dated: __12/2/ 2013             By:        /s/   Andrew J. Wistrich
                                            United States Magistrate Judge
                                            Honorable Andrew J. Wistrich

1
[PROPOSED] ORDER ON STIPULATION AND REQUEST FOR ENTRY OF A PROTECTIVE ORDER